Judge Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>WILLIAM WITKOWSKI,<br><br>Defendant. | NO. CR16-5311BHS<br><br>ORDER GRANTING FOURTH JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

This matter comes before the Court on the Fourth Joint Motion to Continue Trial Date and Pretrial Motions Date. The Court, having considered the joint motion and being familiar with the file, makes the following findings of fact and conclusions of law:

1. The Defendant is in Washington State custody and is awaiting resolution of state court matters, including an interlocutory appeal and subsequent trial in Pierce County Superior Court cause number 15-1-04375-9.
2. Defendant's state custody, and his necessary preparation for his state matter with different counsel, hampers his ability to prepare for his federal trial in this matter.
3. The outcome of that state matter may affect the pending federal charges.
4. Any period of delay resulting from other proceedings concerning the defendant, including but not limited to delay resulting from trial with respect to other charges against the defendant, and delay resulting from

ORDER - 1
*UNITED STATES v. WILLIAM WITKOWSKI*, CR16-5311BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

|   |   |
|---|---|
| 1 | any interlocutory appeal, constitutes excludable time under the Speedy |
| 2 | Trial Act.  18 U.S.C. § 3161(h)(1)(B) and (C). |
| 3 | 5. Taking into account the exercise of due diligence, a continuance is |
| 4 | necessary to allow the defense the reasonable time for effective |
| 5 | preparation and to ensure continuity of counsel.  18 U.S.C. § |
| 6 | 3161(h)(7)(B)(iv). |

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from February 13, 2018 to May 22, 2018, at 9:00 a.m.  The resulting period of delay from January 10, 2018 to May 22, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(1)(B), 3161(h)(1)(C), and 3161(h)(7)(B)(iv).

Pretrial motions are due no later than April 12, 2018.  Pretrial conference is set for May 14, 2018 at 1:30 p.m.

DATED this 17th day of January, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Submitted by:

s/*Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

ORDER - 2
*UNITED STATES v. WILLIAM WITKOWSKI*, CR16-5311BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800